IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 3:06-00182 |
| | ) | Chief Judge Haynes |
| v. | ) ) | |
| MICHAEL PARRISH, | ) ) | |
| Defendant. | ) ) | |

## ORDER

A revocation hearing is set in this action for **Friday, March 14, 2014 at 11:00 a.m.**

It is so **ORDERED**.

ENTERED this the _25th_ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court