IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| | ) No. 3:06-00182 |
| v. | ) Chief Judge Haynes |
| | ) (Magistrate Judge Bryant) |
| | ) |
| MICHAEL PARRISH | ) |

## MOTION FOR ORDER TO RETURN

Comes the Defendant and hereby moves the Court for an order returning Mr. Parrish to state custody pending the hearing in this matter. In support of this motion, Defendant would state and show that at Mr. Parrish's initial appearance this Court entered an order allowing Mr. Parrish's return to state custody. (D.E. 45, Order.) Because the order is permissive ("allowed to return"), however, the Marshal has not moved Mr. Parrish.

For all of the reasons stated at the initial appearance, and because Mr. Parrish has information at the state facility that is necessary for his defense in this matter, Defendant hereby moves the Court for an order that directs the Marshal to return Mr. Parrish to state custody.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

*[Handwritten annotation:]* ORDER: Given the Sixth Amendment right to prepare a defense, it is ORDERED that the Marshal shall return the Defendant to State custody. The motion is GRANTED.

[signature]
4-16-14